**Order entered March 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01296-CV

### TEXAS DEPARTMENT OF LICENSING AND REGULATION, Appellant

### V.

### THE MIAN DEVELOPMENT CORPORATION, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-10320**

## ORDER

We **GRANT** appellant's March 1, 2013 second unopposed motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before March 18, 2013.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE